UTICA,
August, 1827.

In the matter
of Henry-st.,
New-York

In the Matter of Opening and Improving HENRY STREET
in the city of NEW-YORK.

On exception taken to the report of an estimate and as- *Under the* sessment by three commissioners, this court referred the *statute, (2 R. L. 413, s. 178,)* matter to two new commissioners, continuing one of the *the supreme court may, on* old. These three reported ; and now *refusing to confirm an estimate and as-*

*M. Ulshoeffer*, for the city, moved for a rule to confirm *sessment of 3* the report. *commissioners in the city of New-York, re-*

*J. Platt*, contra, (*inter alia*,) objected, that there should *fer the matter to the three* have been three new commissioners appointed to make the *former commissioners,* second appraisal ; or all the old commissioners should have *three new* been retained ; that the court were bound strictly to follow *ones, or retain part of the for-* the statute, (2 R. L. 413, s. 178.) *mer commissioners, joining them with new*

*\*Curia.* That statute is, that if we do not confirm the *ones.* report, we shall refer it to the same commissioners for revi- [\*401] sal and correction, or to new commissioners to be appointed by the court. Under these words, we think the reference was regular. The greater power, to retain all the old commissioners, or to appoint an entire new board, includes the lesser power to retain part, and reject part.

Motion granted.